# EXHIBIT B



January 20, 2022

This Letter of Agreement - Between Memorial Episcopal Church and Plan B Afghan Rescue Crew - is for the purposes of facilitating the arrival of Afghan refugees into a third country, including acquiring visas and lodging for a period of no less than 30 days.

For this - Memorial Episcopal (MEC) provided $100,000 USD delivered via wire transfer on November 13, 2021.

<u>Memorial Episcopal Church furnished the following:</u>
$100,000 Dollars (transferred on Nov 13th, 2021)
A manifest of 103 passengers to be evacuated from Afghanistan

<u>ARC Plan B Committed to furnish the following:</u>
Evacuation for all listed passengers from Mazar e Sharif to Qatar or another third country
Safe passage to the airport in Mazar.
Lodging for no less than 90 days in a third country.

In the event that ARC Plan B does not meet the above, they will return $100,000, with a maximum of 10% withheld for expenses.


Acknowledged on this day by:


*Grey Maggiano*                                   *jean m thrower*
                                                  jean m thrower (Jan 21, 2022 11:17 EST)

The Rev. Grey Maggiano                            Jean Marie Thrower
Memorial Episcopal Church                         ARC Plan B

# Arc Plan B - Agreement Jan 2022

Final Audit Report 2022-01-21

| | |
|---|---|
| Created: | 2022-01-21 |
| By: | Grey Maggiano (GREY@MEMORIALEPISCOPAL.ORG) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAhiTeHMwOTA1Ik0dB1IhrOOC50ftlvraI |

## "Arc Plan B - Agreement Jan 2022" History

- **Document created by Grey Maggiano (GREY@MEMORIALEPISCOPAL.ORG)**
  2022-01-21 - 3:51:09 AM GMT- IP address: 73.39.128.86

- **Document e-signed by Grey Maggiano (GREY@MEMORIALEPISCOPAL.ORG)**
  Signature Date: 2022-01-21 - 3:51:46 AM GMT - Time Source: server- IP address: 73.39.128.86

- **Document emailed to jean m thrower (jthrower@sdsal.net) for signature**
  2022-01-21 - 3:51:47 AM GMT

- **Email viewed by jean m thrower (jthrower@sdsal.net)**
  2022-01-21 - 3:52:01 AM GMT- IP address: 104.28.92.225

- **Document e-signed by jean m thrower (jthrower@sdsal.net)**
  Signature Date: 2022-01-21 - 4:17:30 PM GMT - Time Source: server- IP address: 47.201.161.144

- **Agreement completed.**
  2022-01-21 - 4:17:30 PM GMT

Adobe Sign