# EXHIBIT C



Samantha Gerencir
ASSOCIATE
Zuckerman Spaeder LLP
sgerencir@zuckerman.com
813.321.8221

March 30, 2022

**<u>VIA CERTIFIED MAIL</u>**

Plan B Arc Inc.
6420 4th Palm Point
St. Pete Beach, Florida 33706

Chris Kline
6420 4th Palm Point
St. Pete Beach, Florida 33706

Donald McGregor
225 Biltmore Way
Lafayette, Louisiana 70508-7096

Jean Marie Thrower
6420 4TH Palm Point
St Pete Beach, Florida  33706-2116

Joanne Young
6420 4th Palm Point
St. Pete Beach, Florida 33706

Patrick Nicholas Theros
3283 Arcadia Place, NW
Washington, DC  20015-2329

Paul Crespo
1301 M ST NW, APT. 718
Washington, DC  20005-4226

Rick Clay
PO BOX 991
Charleston, West Virginia  25324-0991

> Re: Afghan Flights

Dear Sir or Madam:

This firm represents Memorial Episcopal Church ("Memorial") with respect to its claims arising from payments for airlifts of refugees from Afghanistan. This letter serves as notice that Plan B Arc Inc. ("Arc") has breached the January 20, 2022 Letter of Agreement between it and Memorial (the "Contract"). *See* Ltr. of Agreement (enclosed herein). Unless Arc fully performs its duties under the Contract, or returns the entirety of the $100,000 paid to it by April 14, 2022, Memorial will promptly commence legal action against Arc and other responsible parties.

Arc's failure to complete the promised flight, or return the money is based on the following facts.  In mid-2021, the Taliban began its takeover of Afghanistan, leaving millions of Afghanis displaced and under attack. Recognizing the sheer number of people – women, children, the elderly – seeking refuge from the Taliban, Memorial and its' Pastor, Grey

Maggiano, immediately began looking for ways to help. In its search, Pastor Maggiano was introduced to Jean Marie Thrower – a member of the Arc Board of Directors. Ms. Thrower assured Pastor Maggiano that if Memorial provided Arc with $100,000, Arc would help Memorial evacuate over one hundred Afghani refugees. From the outset, Ms. Thrower assured Pastor Maggiano that the money would not be transferred until the flights were secured, and further confirmed the money would be returned in full in the event flights could not be secured.

Eager to facilitate the evacuation, Pastor Maggiano got to work identifying the refugees, coordinating the logistics of the evacuation, and then executing the Contract. Ms. Thrower informed Pastor Maggiano that Arc would be working with The Ravenswood Group and its employee, Greg Gustin, to 1) fly the refugees from Afghanistan to Qatar and 2) establish a refugee camp in Qatar. With a plan in place, Memorial Episcopal wired Arc $100,000, and Arc and The Ravenswood Group scheduled the evacuation for November 20, 2021.

November 20, 2021, however, came and went without a flight. When Pastor Maggiano inquired into why the flight didn't occur, he was met with conflicting answers from Ms. Thrower and Mr. Gustin, along with an assurance that the flight would occur any day. At this point, Ms. Thrower and Ms. Gustin informed Pastor Maggiano that Arc and Ravenswood were working with SAMA Global – a business allegedly owned by the Qatari royal family – to expedite the evacuations. Despite his reservations about this unknown entity, Pastor Maggiano put his faith in Arc and Ms. Thrower's repeated promises that the flight would occur and continued pushing for an immediate evacuation.

But as the days and months passed, no flights ever occurred. Pastor Maggiano informed Ms. Thrower that the refugees were concerned they hadn't left the county, and Ms. Thrower continued to assure Pastor Maggiano the flights would begin any day. But, as you know, that never happened, and large numbers of refugees remain stranded in Afghanistan. In mid-March 2022, after repeated requests for information, Ms. Thrower finally conceded that even though the flights never occurred, and not a single refugee was evacuated, the $100,000 was gone. Mr. Gustin conceded the same and admitted that conversations with SAMA Global had dried up. Notwithstanding these admissions, Ms. Thrower curiously continues to assure other Afghan flight managers that evacuations will occur any day.

Simply put, Arc has mishandled the $100,000 paid to it by Memorial for contracted evacuation services and plainly breached the Contract. Indeed, while Memorial fully performed its duties under the Contract, Arc effectively did nothing, and even worse, made material misrepresentations to Memorial and its Pastor that induced payment. If Arc cannot fulfill its contractual obligations, it must immediately return the $100,000 so Memorial can use that money to assist the refugees in dire need of help.

Although we are prepared to undertake legal action against Arc as well as members of the Board who were involved in the breach of contract and misrepresentation, we hope we can resolve this matter absent court intervention. If Arc does not either complete performance of the Contract or return the $100,000 by April 14, 2022, however, we shall pursue any and all available legal and equitable remedies against you.

If you would like to discuss this matter further, I can be reached at 813-321-8221 or sgerencir@zuckerman.com.

We look forward to hearing from you.

Sincerely,

/s/ *Samantha Gerencir*

Samantha Gerencir

cc:  Pastor Grey Maggiano
     Cyril V. Smith, Esquire

Enclosure



January 20, 2022

This Letter of Agreement - Between Memorial Episcopal Church and Plan B Afghan Rescue Crew - is for the purposes of facilitating the arrival of Afghan refugees into a third country, including acquiring visas and lodging for a period of no less than 30 days.

For this - Memorial Episcopal (MEC) provided $100,000 USD delivered via wire transfer on November 13, 2021.

Memorial Episcopal Church furnished the following:
$100,000 Dollars (transferred on Nov 13th, 2021)
A manifest of 103 passengers to be evacuated from Afghanistan

ARC Plan B Committed to furnish the following:
Evacuation for all listed passengers from Mazar e Sharif to Qatar or another third country
Safe passage to the airport in Mazar.
Lodging for no less than 90 days in a third country.

In the event that ARC Plan B does not meet the above, they will return $100,000, with a maximum of 10% withheld for expenses.

Acknowledged on this day by:

*Grey Maggiano*

The Rev. Grey Maggiano
Memorial Episcopal Church

*jean m thrower*
jean m thrower (Jan 21, 2022 11:17 EST)

Jean Marie Thrower
ARC Plan B

| | |
|---|---|
| Created: | 2022-01-21 |
| By: | Grey Maggiano (GREY@MEMORIALEPISCOPAL.ORG) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAhiTeHMwOTA1Ik0dB1IhrOOC50ftIvraI |

## "Arc Plan B - Agreement Jan 2022" History

📄 Document created by Grey Maggiano (GREY@MEMORIALEPISCOPAL.ORG)
2022-01-21 - 3:51:09 AM GMT- IP address: 73.39.128.86

✏️ Document e-signed by Grey Maggiano (GREY@MEMORIALEPISCOPAL.ORG)
Signature Date: 2022-01-21 - 3:51:46 AM GMT - Time Source: server- IP address: 73.39.128.86

📧 Document emailed to jean m thrower (jthrower@sdsal.net) for signature
2022-01-21 - 3:51:47 AM GMT

📄 Email viewed by jean m thrower (jthrower@sdsal.net)
2022-01-21 - 3:52:01 AM GMT- IP address: 104.28.92.225

✏️ Document e-signed by jean m thrower (jthrower@sdsal.net)
Signature Date: 2022-01-21 - 4:17:30 PM GMT - Time Source: server- IP address: 47.201.161.144

✅ Agreement completed.
2022-01-21 - 4:17:30 PM GMT

Adobe Sign

## Card 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Plan B Arc Inc.
6420 4th Palm Point
St. Pete Beach, FL 33706

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
J Un Mnorer   4-2-22

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7008 1140 0003 4078 5815

PS Form 3811, July 2013   Domestic Return Receipt

## Card 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chris Kline
6420 4th Palm Point
St. Pete Beach, FL 33706

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
J Un Mn   4.2.22

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7008 1140 0003 4078 5822

PS Form 3811, July 2013   Domestic Return Receipt

## Card 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donald McGregor
225 BILTMORE WAY
LAFAYETTE, LA 70508-7096

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7008 1140 0003 4078 5853

PS Form 3811, July 2013   Domestic Return Receipt

## Receipt 1

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Jean Marie Thrower
6420 4TH PALM POINT,
ST PETE BEACH, FL 33706-2116

*COMPLETE THIS SECTION ON DELIVERY*

**A. Signature**
X _____   ☐ Agent   ☐ Addressee

**B. Received by** *(Printed Name)*   **C. Date of Delivery** 4-2-22

**D. Is delivery address different from item 1?**  ☐ Yes
If YES, enter delivery address below:  ☐ No

**3. Service Type**
- ☑ Certified Mail®
- ☐ Registered
- ☐ Insured Mail
- ☐ Priority Mail Express™
- ☑ Return Receipt for Merchandise
- ☐ Collect on Delivery

**4. Restricted Delivery?** *(Extra Fee)*  ☐ Yes

**2. Article Number**
*(Transfer from service label)*   7008 1140 0003 4078 5839

PS Form **3811**, July 2013          Domestic Return Receipt

## Receipt 2

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Joanne Young
6420 4th Palm Point
St. Pete Beach, FL 33706

*COMPLETE THIS SECTION ON DELIVERY*

**A. Signature**
X _____   ☐ Agent   ☐ Addressee

**B. Received by** *(Printed Name)* Jean Thrower   **C. Date of Delivery** 4-2-22

**D. Is delivery address different from item 1?**  ☐ Yes
If YES, enter delivery address below:  ☐ No

**3. Service Type**
- ☑ Certified Mail®
- ☐ Registered
- ☐ Insured Mail
- ☐ Priority Mail Express™
- ☑ Return Receipt for Merchandise
- ☐ Collect on Delivery

**4. Restricted Delivery?** *(Extra Fee)*  ☐ Yes

**2. Article Number**
*(Transfer from service label)*   7008 1140 0003 4078 5808

PS Form **3811**, July 2013          Domestic Return Receipt

## Receipt 3

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Paul Crespo
1301 M ST NW, APT 718
WASHINGTON, DC 20005-4226

*COMPLETE THIS SECTION ON DELIVERY*

**A. Signature**
X _____   ☐ Agent   ☐ Addressee

**B. Received by** *(Printed Name)*   **C. Date of Delivery** 4/1/22

**D. Is delivery address different from item 1?**  ☐ Yes
If YES, enter delivery address below:  ☐ No

**3. Service Type**
- ☑ Certified Mail®
- ☐ Registered
- ☐ Insured Mail
- ☐ Priority Mail Express™
- ☑ Return Receipt for Merchandise
- ☐ Collect on Delivery

**4. Restricted Delivery?** *(Extra Fee)*  ☐ Yes

**2. Article Number**
*(Transfer from service label)*   7008 1140 0003 4078 5846

PS Form **3811**, July 2013          Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rick Clay
PO BOX 991
CHARLESTON, WV 25324-0991

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

Carl R Clay

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail®      ☐ Priority Mail Express™
☐ Registered           ☑ Return Receipt for Merchandise
☐ Insured Mail         ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7008 1140 0003 4078 5860

PS Form **3811**, July 2013          Domestic Return Receipt