# EXHIBIT D



Samantha Gerencir
ASSOCIATE
Zuckerman Spaeder LLP
sgerencir@zuckerman.com
813.321.8221

April 1, 2022

**VIA CERTIFIED MAIL AND/OR E-MAIL**

| | |
|---|---|
| The Ravenswood Group<br>204 S Main Avenue, Suite 5<br>Lake Placid, Florida  33852 | Tariq Rashad<br>tariq@rigid1.com<br>637 Al-Horriya Road, Apt. 502<br>Janaklis<br>Alexandria, Egypt |
| Elizabeth Beaugard<br>204 S Main Avenue, Suite 5<br>Lake Placid, Florida  33852 | Dr. Angel Rodriguez Alonso<br>Dr.Angel@RavenswoodCapitalServices.com<br>204 S Main Avenue, Suite 5<br>Lake Placid, Florida  33852 |
| Greg Gustin<br>greg@topgun.com<br>7950 NW 53RD Street, Suite 337<br>Miami, Florida 33166 | |

Re: Afghan Flights

Dear Sir or Madam:

This firm represents Memorial Episcopal Church ("Memorial") with respect to its claims arising from payments for airlifts of refugees from Afghanistan. This letter serves as notice that unless The Ravenswood Group ("TRG") returns to Memorial the $100,000 TRG received from Plan B Arc Inc. ("Arc"), Memorial will promptly commence legal action against TRG and other responsible parties, including Greg Gustin.

TRG's obligation to return the $100,000 through which TRG was unjustly enriched arises from the following facts.  In mid-2021, the Taliban began its takeover of Afghanistan, leaving millions of Afghanis displaced and under attack. Recognizing the sheer number of people – women, children, the elderly – seeking refuge from the Taliban, Memorial and its Pastor, Grey Maggiano, immediately began looking for ways to help. In its search, Pastor Maggiano was introduced to Jean Marie Thrower.  Ms. Thrower assured Pastor Maggiano that if Memorial provided Arc with $100,000, Arc would work with others to help Memorial evacuate over one hundred Afghani refugees. From the outset, Ms. Thrower assured Pastor

Maggiano that the money would not be transferred until the flights were secured, and further confirmed the money would be returned in full in the event flights could not be secured.

Eager to facilitate the evacuation, Pastor Maggiano got to work identifying the refugees and coordinating the logistics of the evacuation. Ms. Thrower informed Pastor Maggiano that Arc would be working with you – TRG – and your board representative and CEO, Greg Gustin, to 1) fly the refugees from Afghanistan to Qatar and 2) establish a refugee camp in Qatar. With a plan in place, Memorial Episcopal wired Arc $100,000, and Arc and TRG scheduled the evacuation for November 20, 2021.

November 20th, however, came and went without a flight. When Pastor Maggiano inquired into why the flight didn't occur, he was met with conflicting answers from Ms. Thrower and Mr. Gustin, along with an assurance from both that the flight would occur any day. At this point, Ms. Thrower and Mr. Gustin informed Pastor Maggiano that Arc and TRG were working with SAMA Global – a business allegedly owned by the Qatari royal family – to expedite the evacuations. Despite his reservations about this unknown entity, Pastor Maggiano put his faith in TRG and Mr. Gustin's repeated promises that the flight would occur and continued pushing for an immediate evacuation.

But as the days and months passed, no flights ever occurred. Pastor Maggiano informed Ms. Thrower and Mr. Gustin that the refugees were concerned they hadn't left the county, and they continued to assure Pastor Maggiano the flights would begin any day. But, as you know, that never happened, and large numbers of refugees remain stranded in Afghanistan. In mid- March 2022, after repeated requests for information, Ms. Thrower finally admitted that even though the flights never occurred, and not a single refugee was evacuated, the $100,000 was gone. Mr. Gustin conceded the same and admitted that conversations with SAMA Global had dried up.

In short, the money Memorial had sent to Arc for the evacuation services was transferred to TRG. TRG, however, never arranged a single flight and never evacuated a single refugee. Indeed, it is unclear what TRG did with the money and why it has kept possession of money it is plainly not entitled to and for which it did nothing. TRG must return the $100,000 with which it was unjustly enriched to Memorial immediately.

Although we are prepared to pursue legal action against TRG and others, we hope we can resolve this matter absent court intervention. If TRG does not arrange a successful evacuation of the Afghani refugees identified by Memorial or return the $100,000 by April 14, 2022, however, we shall pursue any and all available legal and equitable remedies against you.

    If you would like to discuss this matter further, I can be reached at 813-321-8221 or [sgerencir@zuckerman.com.](mailto:sgerencir@zuckerman.com)

    We look forward to hearing from you.

                                    Sincerely,
                                    /s/ *Samantha Gerencir*
                                  Samantha Gerencir

cc:    Pastor Grey Maggiano
       Cyril V. Smith, Esquire

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   The Ravenswood Group
   204 S Main Avenue, Suite 5
   Lake Placid, FL  33852-1810

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *George O. Hich[?]*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 4/4/22

D. Is delivery address different from item 1? ☐ Yes   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7013 2250 0000 1148 3526

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Elizabeth Beaugard
   204 S Main Avenue, Suite 5
   Lake Placid, FL  33852-1810

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *George O. Hich[?]*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 4/4/22

D. Is delivery address different from item 1? ☐ Yes   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 1140 0003 4078 5792

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dr. Angel Rodriguez Alonso
   204 S Main Avenue, Suite 5
   Lake Placid, FL  33852-1810

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *George O. Hich[?]*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 4/4/22

D. Is delivery address different from item 1? ☐ Yes   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 1140 0003 4078 5778

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Greg Gustin
7950 NW 53rd Street, Suite 337
Miami, FL  33166

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Dolly Martin*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Dolly Martinez
C. Date of Delivery: 4/4/22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7008 1140 0003 4078 5785

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540