# EXHIBIT E


Attorney John J. Harding II
*www.johnjhardinglaw.com*

Zuckerman Spaeder LLP                                                                                                  13 April 2022
ATTN:  Samantha Gerencir
101 EAST KENNEDY BOULEVARD, SUITE 1200, TAMPA,  FL 33602-5838

Re:  Response to March 30, 2022 demand letter OBO Memorial Episcopal Church (Memorial)

Dear Attorney Samantha Gerencir,

It was a pleasure speaking to you earlier today regarding this situation.  This letter is in response to your March 30, 2022, demand letter to Ms. Jean Marie Thrower who is a representative of ARC Plan B (ARC), an IRS Section 501(c)(3) organization.  As you may or may not be aware, ARC is composed of former U.S. military and foreign service officers as well as businessmen and women who selflessly sacrifice their own time, money, and resources in an attempt to rescue stranded Afghan colleagues and U.S. citizens who were abandoned by our U.S. Government (USG).  ARC operates independently of the USG through previously established personal and professional relationships throughout the world.  ARC members are all volunteers and are not personally responsible or liable for their selfless efforts made on behalf of ARC and donors.  Despite your demands, and as discussed, Ms. Thrower, on behalf of ARC, is working to recover spent and invested funds and provide a refund to Memorial.

As also discussed, *but surely not fully appreciated*, the situation in Afghanistan is fluid, evolving, and unpredictable; in no way has ARC breached any contract or agreement.  Just today, it is our understanding that our State Department, through the Qatar government, was authorized flights out of Afghanistan.  As such, ARC's tireless efforts to rescue Afghans and stranded U.S. citizens continue despite the slow progress.  Undoubtedly, Ms. Thrower, as Director of ARC did not mishandle the money paid to it by Memorial, but rather has made selfless efforts to rescue men, women and children stranded by our USG.  All funds which ARC received from Memorial for evacuations were handled professionally.  In good faith, funds were sent to Mr. Greg Gustin (The Ravenswood Group, TRG (TRG)) who provided documentation from the Qatar government and the Qatar royal family concerning their continued evacuation efforts.  Furthermore, Pastor Grey Maggiano of Memorial has had access to all calls and documents concerning the evacuation efforts.  The funds have not been mismanaged, but rather have been sent to various vendors managing multiple evacuation efforts: including Sama Global, Acon Travel, the Citi Gate Hotel, Ambassador Khalid Al Sulaiti, and Shahzada Khurram (CFO for SAMA Global).

Mr. Gustin (TRG) and Mr. Khurram (Sama Global) are working by, with, and through the Qatar royal family and government.   Ms. Thrower has advised Pastor Maggiano that per Gustin, the funds are deposited for evacuations and cannot be reversed.  Patience is required if these Afghans are to be rescued through ARC - or anyone for that matter.  As should be understood, the situation is beyond ARC's direct control and they are working with and through foreign governments at the will of the Taliban, an international terrorist organization.  Despite all of this, ARC remains tirelessly committed to its mission.

ARC is in the process of re-contacting the Qatar royal family directly to expedite evacuations.   Similarly, ARC is working to recover donated funds for those seeking refunds.   Again, patience is required for success.  ARC is doing its best to recover your funds while also working to expedite evacuations, however as stated, the situation is beyond ARC's direct control or the control or influence of the USG.

If you would like to discuss this matter further, I can be reached at (413) 324-8282 or via email at john@johnjhardinglaw.com.

*John J. Harding II*

John J. Harding II