# EXHIBIT F



7:34 AM

Tue, Apr 5  👍 3

Dear Operation M Shepherds,

It is with a heavy heart that I write to inform you of a major setback in the ARC Plan B evacuation operation. The individuals who were hired to obtain visas for your families' travel to Qatar have failed us. They have not only failed to obtain your exit visas, this failure lead to their failure to arrange our long-planned charter flights to Doha.

We have spent the past several weeks attempting to correct this


to arrange our long-planned charter flights to Doha  Tue, Apr 5

We have spent the past several weeks attempting to correct this situation.  As I write this, we have no firm date for an exit from Afghanistan for any of your families and don't see this happening in the near future.

These delays and failures by our consultants have exhausted the remaining financial resources of ARC Plan B.  Worse, the actions of the two individuals briefly discussed below have squandered the monies that I and dozens of others invested

that have only now been uncovered.

Tue, Apr 5

ARC has never kept a penny of funds given for this operation, in fact all funds were sent to Greg Gustin or used directly to pay for safehouse rents and food.

I originally told everyone to call Greg because GREG said he has all the documents, visas and he has all the funds which were given to him and Shah Khurram in good faith for promised actions.  Honestly, I wanted Greg to hear directly from you all about the suffering, the lack of funds and the causes for delays.


to evacuate o~~ur~~

Tue, Apr 5

A final warning. Adding to our pain is news that "Greg Gustin" and "Shah Khurram" are attempting to contact you or your families directly in an effort to avoid prosecution by assuring our innocents that "visas and flights are just days away!" These are lies. These two failed to obtain these deliverables over the past three months and have no prospect of delivering them now. They have NOT "spent millions of their own money" on this evacuation. This is just a distraction. They have no money and have spent no money

 

 **Operation M**

these corrupt "____"...)

Tue, Apr 5

My advice now is simple and direct: Survive. Help your families stay in safe houses which are secure from the Taliban and find ways to continue to feed them until a new and proven pathway can be found for their escape. Only time and the work of outside individuals can help them now.

The proper authorities have been alerted to the actions of "Greg" and "Shah." But revenge (down the road) does nothing to help your families today.