# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MEMORIAL EPISCOPAL CHURCH,

    Plaintiff,

v.                                           Case No: 8:22-cv-1147-WFJ-SPF

PLAN B ARC, INC. and JEAN MARIE THROWER,

    Defendants.
_____/

## O R D E R

The Court has been advised by **the Mediation Report (Dkt. 53)** that the above-styled action has been settled as to the remaining Defendants Plan B Arc, Inc. and Jean Marie Thrower. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Plan B Arc, Inc. and Jean Marie Thrower and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to these two Defendants. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on January 12, 2023.

                                         s/*William F. Jung*
                                         **WILLIAM F. JUNG**
                                         **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**: Counsel of Record