UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEMORIAL EPISCOPAL CHURCH,

    Plaintiff

v.

PLAN B ARC, INC., THE RAVENSWOOD GROUP HOLDINGS LLC, and JEAN MARIE THROWER,

    Defendants.

_____/

Case No.: 8:22-cv-1147-WFJ-SPF

JURY TRIAL DEMANDED

## **STIPULATED FORM OF FINAL JUDGMENT**

Plaintiff, Memorial Episcopal Church ("Memorial"), hereby submits this Stipulated Form of Final Judgment in accord with the Court's January 12, 2023, Order, ECF 54, and the Parties' Executed Settlement Agreement.

In support, Memorial states:

1. Memorial filed this action on May 18, 2022. ECF 1. Defendants Plan B Arc, Inc. ("Arc") and Jean Marie Thrower ("Thrower") were properly served with the Summons and Complaint.

2. Defendants Thrower and Arc filed Answers to the Complaint on June 17, 2022. ECF 16, 17. At the time of Arc's Answer, the entity did not have counsel, and the Answer was filed by Thrower – Arc's principal – on its behalf.

3. On August 30, 2022 the Court entered an Order requiring Defendant Arc to appear by counsel only. ECF 28. Arc did not acquire counsel, and on October 11, 2022, the Court directed the Clerk to enter a Clerk's default against Arc. ECF 35. Memorial subsequently moved for entry of a default judgment against Arc, ECF 37, which the Court granted on October 19, 2022. ECF 39.

4. Rather than proceed through litigation, Memorial and Thrower pursued settlement. The parties mediated this matter on January 11, 2023, and successfully resolved the case against both Thrower, in her individual capacity, and Arc. As part of the settlement, Memorial agreed that the case would be voluntarily dismissed with prejudice, against both Thrower *and* Arc, and that it would agree to set aside, and not further pursue, the default judgment against Arc. In accord with the parties agreement, Memorial requests the Court enter the Stipulated Form of Final Judgment attached hereto as Exhibit A.

(SIGNATURE ON NEXT PAGE)

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 8, 2023 | */s/ Samantha M. Gerencir*<br>Samantha M. Gerencir (FBN 1019553)<br>Zuckerman Spaeder LLP<br>101 E. Kennedy Boulevard, Suite 1200<br>Tampa, FL 33602<br>Tel: (813) 221-1010<br>Fax: (813) 223-7961<br>sgerencir@zuckerman.com<br><br>*Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 8, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system thereby serving all registered users in this case.

*/s/ Samantha M. Gerencir*
Samantha M. Gerencir

3