UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEMORIAL EPISCOPAL CHURCH,

      Plaintiff

v.

      Case No.: 8:22-cv-1147-WFJ-SPF

PLAN B ARC, INC., THE
RAVENSWOOD GROUP HOLDINGS
LLC, and JEAN MARIE THROWER,

      Defendants.
_____/

## STIPULATED FINAL JUDGMENT

This cause comes before the Court on Plaintiff Memorial Episcopal Church's Stipulated Form of Final Judgment (Dkt. 57). The Court, being fully advised and good and sufficient cause appearing therefore, hereby enters the following Final Judgment:

    a.    This case is hereby DISMISSED WITH PREJUDICE against Defendants Jean Marie Thrower and Plan B Arc, Inc.

    b.    The DEFAULT JUDGMENT entered against Defendant Plan B Arc, Inc. (Dkt. 39), further, is hereby SET ASIDE.

      c.     This case will remain closed unless Defendants Thrower or Arc fail to comply with the parties' Settlement Agreement.

**DONE AND ORDERED** at Tampa, Florida, on March 8, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE